Official Form 5 (10/06)

| United States Bankruptcy Court<br><br>District of **New Jersey** | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor — If Individual: Last, First, Middle)<br><br>**SWJ Holdings, LLC** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>N/A |
|---|---|
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.):  **EIN 71-0980475** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>219 East 69th Street, Apt. 4-H<br>New York, New York | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>N/A |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>ZIP CODE **10021** | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | Jersey City, New Jersey<br>Sayreville, New Jersey |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7     ☒ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes)<br><br>1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>  or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

Official Form 5 (10/06) – Cont.

Name of Debtor
Case No. __ In re SWJ Holdings, LLC __

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Marc B. Spector, PRINCIPAL_  
Signature of Petitioner or Representative (State title) 9.10.07  
Spector Group by Marc Spector  
Name of Petitioner                                       Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity:  
3111 New Hyde Park Road  
North Hills, New York 11040  

x _Kathleen N. Fennelly_ 9/10/07  
Signature of Attorney   Date  
Kathleen N. Fennelly, Esq.  
Name of Attorney Firm (If any) Graham Curtin, P.A.  
Address: 4 Headquarters Plaza, P.O. Box 1991  
Morristown, New Jersey 07962  
Telephone No. 973-292-1700  

---

x _Bart Carlson_ 9/7/07  
Signature of Petitioner or Representative (State title)  
Bart Carlson  
Name of Petitioner                                       Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity:  
P.O. Box 980510  
Park City, Utah 84098  

x _Kathleen N. Fennelly_ 9/10/07  
Signature of Attorney   Date  
Kathleen N. Fennelly, Esq.  
Name of Attorney Firm (If any)  
4 Headquarters Plaza, P.O. Box 1991  
Address: Morristown, New Jersey 07962  
Telephone No. 973-292-1700  

---

x _Eric Maynes_ 9-10-07  
Signature of Petitioner or Representative (State title)  
Eric Maynes  
Name of Petitioner                                       Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity:  
355 South 1410 East  
Provo, Utah 84606  

x _Kathleen N. Fennelly_ 9/10/07  
Signature of Attorney   Date  
Kathleen N. Fennelly, Esq.  
Name of Attorney Firm (If any)  
4 Headquarters Plaza, P.O. Box 1991  
Address: Morristown, New Jersey 07962  
Telephone No. 973-292-1700  

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Spector Group | Professional Fees | $975,000.00 |
| Bart Carlson | Professional Fees | $76,300.00 |
| Eric Maynes | Unsecured Promissory Note | $500,000.00 |
| | **Total Amount of Petitioners' Claims** | **$1,551,300.00** |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

___ continuation sheets attached