UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                          )
                                                )
SWJ Holdings, LLC.                              )        Case No:   07-22951   NLW
                                                )
                                                )
Debtor(s)                                       )

## NOTICE OF STATUS CONFERENCE

Pursuant to 11 U.S.C. § 105(d) the court shall conduct a status conference in the above-captioned case on **November 8, 2007 at 2:00 p.m.**, at the Martin Luther King, Jr., Federal Building, Courtroom D, Third Floor, 50 Walnut Street, Newark, New Jersey, at which time it will consider

a) the debtor's present financial condition and its business plan;

b) whether a date should be set for filing a plan of reorganization and disclosure statement, or

c) whether the case should be scheduled for a hearing on conversion to a Chapter 7 case.

Attendance at the conference by the debtor and debtor's counsel is mandatory, and all interim financial reports must be filed at least seven (7) days prior to the conference date.

**Counsel for the debtor shall provide notice of the status conference to all secured creditors, any creditor's committee, or if no committee has been appointed, the debtor's twenty largest unsecured creditors. Counsel for the debtor shall also provide a certification of service to the court.**