**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Leo V Leyva, Esq.
Ilana Volkov, Esq.
Attorneys for Secured Creditors Richard M. Coan,
as Chapter 7 Trustee of First Connecticut Consulting Group, Inc.,
and Ronald I. Chorches, as Chapter 7 Trustee of James J. Licata

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE NOVALYN L. WINFIELD CASE NO. 07-22951 (NLW) |
| In re: SWJ HOLDINGS, LLC, Debtor. | Chapter 11 **NOTICE OF MOTION FOR AN ORDER TRANSFERRING VENUE OF CASE PURSUANT TO 28 U.S.C. § 1412 AND FED. R. BANKR. P. 1014(a)** **HEARING DATE AND TIME:** October 29, 2007 at 10:00 a.m. **ORAL ARGUMENT WAIVED UNLESS OBJECTIONS TIMELY FILED** |

TO:   All Parties–in–Interest

PLEASE TAKE NOTICE that on October 29, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorneys for Richard M. Coan, as Chapter 7 Trustee of First Connecticut Consulting Group, Inc., and Ronald I. Chorches, as Chapter 7 Trustee of James J. Licata (collectively, the "Movants"), shall move before the Honorable Novalyn L. Winfield, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102, for entry

of an Order transferring venue of the involuntary Chapter 11 bankruptcy proceeding of SWJ Holdings, LLC (the "Case") pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014(a) (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Application, which sets forth the relevant factual and legal bases upon which the requested relief should be granted.  A proposed Order granting the requested relief also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at [www.njb.uscourts.gov](www.njb.uscourts.gov), the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without a hearing.

45167/0001-1495564v1

PLEASE TAKE FURTHER NOTICE that the undersigned waives oral argument unless objections to the Motion are timely filed.

        COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Attorneys for Secured Creditors Richard M. Coan, as Chapter 7 Trustee of First Connecticut Consulting Group, Inc., and Ronald I. Chorches, as Chapter 7 Trustee of James J. Licata


By:  */s/ Ilana Volkov*
      Ilana Volkov


DATED:  October 9, 2007