UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                   §
                                         §
SWJ HOLDINGS, LLC                        §    Case No. 07-50658 AHW
                                         §
                    Debtor(s)            §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Barbara H. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___, and it was converted to chapter 7 on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Barbara H. Katz, Trustee _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centrum Financial Attn: Bruce Berreth 2101 Fourth Avenue Suite 1300 Seattle, WA 98121 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cynthia Licata c/o Dan Shepro, Esq Shepro & Blake 2051 Main Street Stratford, CT 06615-6341 | | | | | |
| | Dare Investments, LLC c/o Richard D. McCloskey 1801 North 1120 West Provo, UT 84604 | | | | | |
| | Richard M. Coan, Trustee Coan, Lewendon, Gulliver 495 Orange Street New Haven, CT 06511 | | | | | |
| 000003 | EMP WHOLE LOAN I, L.L.C. | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARBARA H. KATZ, TRUSTEE | | | | | |
| BARBARA H. KATZ, TRUSTEE | | | | | |
| UNITED STATES TRUSTEE | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISERIO MARTIN O'CONNOR & CASTIGLI | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bart Carlson P.O. Box 980610 Park City, UT 84098 | | | | | |
| | Eric Maynes 355 South 1410 East Provo, UT 84606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Greg Crane 4710 East Falcon Drive Mesa, AZ 85215 | | | | | |
| | Jason Davis 13337 211th Pine Woodinville, WA 98077 | | | | | |
| | Spector Group, LLP 3111 New Hyde Park Road New Hyde Park, NY 11040 | | | | | |
| 000007 | BONNIE C. MANGAN | | | | | |
| 000011 | CENTRUM FINANCIAL SERVICES, INC. | | | | | |
| 000016 | DARE INVESTMENTS, L.L.C. | | | | | |
| 000004 | FIRST MUTUAL BANK | | | | | |
| 000015 | FIRST MUTUAL BANK | | | | | |
| 000013 | KENNETH PARK ARCHITECTS | | | | | |
| 000010 | PETER MOCCO, LORRAINE MOCCO, ET AL | | | | | |
| 000001 | RICHARD M. COAN, TRUSTEE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | THE FOUR FELDS INC. D/B/A | | | | | |
| 000002 | TITAN MANAGEMENT, L.P. | | | | | |
| 000005 | U.S. BANK | | | | | |
| 000006 | WELLS FARGO BANK, N.A. | | | | | |
| 000014 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-50658 AHW | Judge: HONORABLE ALAN H. W. SHIFF | Trustee Name: | Barbara H. Katz, Trustee |
| Case Name: | SWJ HOLDINGS, LLC | | Date Filed (f) or Converted (c): | 12/09/09 (c) |
| | | | 341(a) Meeting Date: | 01/12/10 |
| For Period Ending: | 03/24/11 | | Claims Bar Date: | 04/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. REAL ESTATE | 45,000,000.00 | 0.00 | OA | 0.00 | FA | 37,000,000.00 | 0.00 |
| 2. LLCs & Joint Ventures based upon my discussions with Atty Mackey of the UST's office, and Attys Miltenberger and Cameron who represent Trustees Coan and Chorches respectively in related estates these assets have no value. | 30,000,000.00 | 0.00 | OA | 0.00 | FA | 24,500,000.00 | 0.00 |
| 3. Refund of unused retainer (u) unused retainer paid to Willentz, Golman & Spitzer | 0.00 | 20,673.27 | | 20,673.27 | FA | 0.00 | 0.00 |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.66 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $75,000,000.00 | $20,673.27 | | $20,677.93 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $61,500,000.00 | $0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 14, 2009, 12:02 pm Change of address notice sent to USPS today.

January 06, 2010, 12:34 pm Email to Atty Harrington asking if anyone will appearl Tuesday & whom I should contact; received this response:
I have sent written inquiries to the contacts I have at SWJ advising them of the 341 meeting, but no one has confirmed whether they will attend. I attended two 341 meetings during the Chapter 11. The first one was attended by Steve Podell, who, while cooperative, doesn't really have much detailed information. I think Tim Miltenberger ordered a transcript from the 341 that Podell attended - I may have a copy somewhere in my file if that would be helpful. The second 341 meeting was attended by William Mournes, who is probably who you would want to have attend. I have not

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-50658    AHW    Judge: HONORABLE ALAN H. W. SHIFF | Trustee Name: | Barbara H. Katz, Trustee |
| Case Name: | SWJ HOLDINGS, LLC | Date Filed (f) or Converted (c): | 12/09/09 (c) |
| | | 341(a) Meeting Date: | 01/12/10 |
| | | Claims Bar Date: | 04/12/10 |

spoken to Mr. Mournes in well over 1 year. I will forward your e-mail to them to see if one of them plans to attend and try to get you current contact information.

January 06, 2010, 02:15 pm spoke w/Atty Jaimee Sussner, who reps a party in NJ litigation & is seeking discovery from the Debtor. She was able to tell me that the debtor's address is the address for Steve Podell and gaveme William Mournes. assuming that no one appears Tuesday I will move to designate both of them the debtor and compell them to appear at a 341 meeting.

January 20, 2010, 04:52 pm drafted letters for turnover of files from attsy, CPA, all parties listed in SOFA 19.

January 21, 2010, 12:53 pm filed m/designate Mournes & Podell as debtor, appear & testify at meeting of creditors, turnover assets, records & documents

January 26, 2010, 08:52 am hearing is 2/16/10

January 27, 2010, 03:15 pm spoke w/Atty James Scarpone who rep's Mocco interest. advised that he his conducting a document production tomorrow of Proskauer, Rose's files, he will share with me what he finds. Also indicated that he's interested in my waiver of the atty/client privilege. believes that the Debtor is a fraudulent entity. I have concern re the in pari delicto doctrine re this. Atty Scarpone said he believes that all the documents are with Proskauer, that Mournes & Podell are judgment proof.

February 01, 2010, 04:15 pm received l/Atty Dan Shepro advising that he has never represented the Debtor & doesn't have any books or records

February 03, 2010, 10:31 am received phone call from Stephen Pollard who stated that he probably still is a managing member but he doesn't have any records. The records are with Gordon Duval, Esq. in UT, Tim Bluish or Wm Mournes. I've already sent turnover letters to Duval & Bluish.Podell said he was in only on the RE side which never happened, he never made any money. he said he'll appear any time I want. then said he'd search his apt for any records he may have & call me back tomorrow. Said Duval set up everything.

February 05, 2010, 08:24 am Advised by Atty George Cameron that document production by Proskauer of non-privleged docs took place & that he's not convined that Mournes was not fronting for Jim Licata, that Proskauer represented Mournes & Podell while Herb Blake represented Jim Licata & Dan Shepro represented Cindy Licata.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| | |
|---|---|
| Case No: | 07-50658    AHW    Judge: HONORABLE ALAN H. W. SHIFF |
| Case Name: | SWJ HOLDINGS, LLC |

| | |
|---|---|
| Trustee Name: | Barbara H. Katz, Trustee |
| Date Filed (f) or Converted (c): | 12/09/09 (c) |
| 341(a) Meeting Date: | 01/12/10 |
| Claims Bar Date: | 04/12/10 |

February 12, 2010, 03:28 pm got call from Peter Mocco that he doesn't have any documents.

February 16, 2010, 12:18 pm court took the papers on the m/designate & for turnover of records; contacted this a.m. by the Wilietz firm re 20 boxes of records.

February 17, 2010, 12:29 pm got letter from firm representing Proskauer Rose that they will make non-privledged docs available to me for inspection. Sending response that I hold the privledge & want the docs. I suspect that I'll have to file a motion for turnover. Also sent Mournes a copy of the court's order designating him as the debtor. Spoke w/Atty Shea at Wilentz office - I'll check on cheapest way top ship boxes to me.

February 18, 2010, 12:13 pm Sent Podell by email a copy of the Court's order with a description of what I need to have in a sworn affidavit from him to excuse him from appearing at the 341 meeting on 3/2/10.

February 18, 2010, 01:14 pm Spoke to Atty Gordon Duval who still reps Mournes & has sent him the order, told him to start gathering what he has. has mostly curtesy copies of docs from Proskauer, said Proskauer turned over its filed to Wilentz, has docs re sale of "LLC 4" properties to Cindy Licata which are the subject of the Mocco litigation. Believes there may be a claim against Chicago Title re same. His files have some reference to Chicago Title, agent was Horizon Title in NJ. Atty Duval is also contacting the CPA Bluish re docs he has. Said that "treasuretrove" of files are w/ Elliot Buchman, thatj Proskauer made demand for the files but never got them, that I'm entitled to them & that they related to the LLC4 properties.

March 03, 2010, 03:27 pm spoke to Atty Duval & Wm. Mournes 2/29/10. Documents are being sent to me from Atty Duval. Agreement to cont 341 to 4/6 so I can rev docs. Also called local messenger service to get cost of getting files from Wilentz firm in mid- NJ.

March 05, 2010, 08:49 am got file from Timothy Bluish, the accountant; based on that file sending letters to Dare Investment & NuWay Partners re investment/involvement in the Debtor. Also writing to the unsecured creditors re the nature of their claims - none filed a claim in the Ch 11.

March 12, 2010, 02:03 pm files from Wilenz, Goldman shold be delivered her 3/16/10. Advised that they include files from Proskauer. cost is $250 + tolls.

March 17, 2010, 11:17 am 12 boxes received yesterday from Wilentz Goldman/ spoke to Atty Will Shih who advised that his firm has $20,673.  balance on retainer which is being sent to me along w/an accounting of the use of entire retainer

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

Exhibit 8

| | |
|---|---|
| Case No: | 07-50658   AHW   Judge: HONORABLE ALAN H. W. SHIFF |
| Case Name: | SWJ HOLDINGS, LLC |

| | |
|---|---|
| Trustee Name: | Barbara H. Katz, Trustee |
| Date Filed (f) or Converted (c): | 12/09/09 (c) |
| 341(a) Meeting Date: | 01/12/10 |
| Claims Bar Date: | 04/12/10 |

paid. he also said that they don't have the Proskauer files, that they must have been sent back but that there are other files which will be sent to him. cost for sending the boxes was $200.00

March 17, 2010, 01:00 pm Sent email to Atty Duval re when I can expect docs from him.

March 19, 2010, 08:40 am Received from Atty Cameron by email yesterday a copy of a letter sent to Atty Israel to the NJ judge stating that I still haven't made a decision on waiver of the a/c priv & I don't have the docs. I sent an email to him & to all counsel in response requesting that I be copied on such correspondence, advising that I've made demand for the Prauskauer files and that I'll be filing a m/turnover of same. Atty Cameron then sent me a letter sent to the discovery special master in the case that refers to a belief that theere are 4 members of the debtor - Podell, Cobra/Ventura Equities, LLC, Triple S LLC and Dare Inventments, LLC. will call atty who sent letter re basis of this belief.

March 24, 2010, 08:29 am Atty Israel rep'ing Proskauer Rose sent email 3/19 that he wants to talk but I haven't heard from him; Atty Duval has advised that docs were sent to me yesterday,

March 25, 2010, 09:43 am received balance of Wilentz retainer today.

April 12, 2010, 10:06 am After reviewing docs from Atty Duval I spoke w/Atty Miltenberger. Based upon his involvement inNJ litigation by Mocco asserting ownership of the assets of this estate & the estates of Trustees Coan & Chroches, it appears that there is no defense to the Mocco claims. Summary judgment has been filed by Mocco's attys & no one has been able to file an objection. Atty Miltenberger believes it is unlikely that anyone will be able to defeat the SJ motion.He also advised that to the extent that he & Aty Cameron for Trustee Chorches find any documents relevent to SWj they will forward them to me, as they have been doing today. Accordingly, I am not going to seek counsel to represent SWJ in the Mocco litigation, conserving the cash on hand.
also told by Atty Miltenberger that Elliott Buchanan, who was Jim Licata's criminal counsel, had a massive stroke, which explains why there was no response to my letter to him for his file.

April 13, 2010, 10:27 am Steven Podell confirmed that he authorized Proskauer to record all the deeds but they are all the subject of the Mocco litigation.

May 12, 2010, 04:42 pm received today default motion in Mocco litigation, as noted above, no action will be taken.

June 03, 2010, 12:38 pm Proskauer was served with a complaint filed in the NJ state court regarding a slip & fall that

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 5

Exhibit 8

| | |
|---|---|
| Case No: 07-50658    AHW    Judge: HONORABLE ALAN H. W. SHIFF | Trustee Name:    Barbara H. Katz, Trustee |
| Case Name: SWJ HOLDINGS, LLC | Date Filed (f) or Converted (c):    12/09/09 (c) |
| | 341(a) Meeting Date:    01/12/10 |
| | Claims Bar Date:    04/12/10 |

took place 5/22/08 while the Debtor was in Ch 11. have placed a call to the attorney for the Plaintiff and am noticing the proposed abandonment of any real estate in which the Debtor has or may have or could have an interest since no funds to obtain liability insurance.

June 04, 2010, 12:39 pm spoke w/Atty Evelyn Padin who had no knowledge of the filing, she's trying to figure out the relationship between a bar at a location in Jersey City that she belived Debtor owned. I explained to her that Mocco seems to be the owner & gave her his attorney's phone number. Will send her a copy of the docket sheet.

June 18, 2010, 12:00 pm have sent out notice of proposed abandonment of real estate; following up w/notice of propsed abandonment of remaining assets disclosed by the Debtor in Sched B. also request Ch 11 claims bar date.

June 22, 2010, 09:06 am received notice of another claim related to the SandBar. have sent it on to Atty Scarpone.

June 23, 2010, 04:34 pm no need to review claims since allowed admin claim of Atty Harrington consumes all of the funds in the estate.

June 24, 2010, 01:14 pm spoke w/creditor Jason Davis re notice of proposed abandonment

June 28, 2010, 08:17 am Admin claims bar date is 8/23/10.

November 12, 2010, 10:03 am spoke to Rich Finkel, given that funds are return of retainer paid to debtor's atty & ll funds are going just to UST & admin claims, no point to file tax returns

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-50658 -AHW | Trustee Name: | Barbara H. Katz, Trustee |
|---|---|---|---|
| Case Name: | SWJ HOLDINGS, LLC | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******3629 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0475 | | |
| For Period Ending: | 03/24/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/10 | 3 | Wilentz, Goldman & Spitzer | Refund of overpayment or return on cancellation | 1229-000 | 20,673.27 | | 20,673.27 |
| 03/31/10 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.03 | | 20,673.30 |
| 04/30/10 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,673.81 |
| 05/28/10 | 4 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.53 | | 20,674.34 |
| 06/30/10 | 4 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 20,674.85 |
| 07/30/10 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,675.37 |
| 08/31/10 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.53 | | 20,675.90 |
| 09/30/10 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,676.41 |
| 10/29/10 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,676.93 |
| 11/30/10 | 4 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,677.44 |
| 12/30/10 | 4 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 20,677.93 |
| 12/30/10 | | Transfer to Acct #*******4602 | Final Posting Transfer | 9999-000 | | 20,677.93 | 0.00 |

Page Subtotals          20,677.93          20,677.93

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 07-50658 -AHW | Trustee Name: | Barbara H. Katz, Trustee |
|---|---|---|---|
| Case Name: | SWJ HOLDINGS, LLC | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******3629 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0475 | | |
| For Period Ending: | 03/24/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,677.93 | 20,677.93 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 20,677.93 | |
| | | | Subtotal | | 20,677.93 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 20,677.93 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 07-50658 -AHW | Trustee Name: | Barbara H. Katz, Trustee |
|---|---|---|---|
| Case Name: | SWJ HOLDINGS, LLC | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******4602  Checking - Non Interest |
| Taxpayer ID No: | *******0475 | | |
| For Period Ending: | 03/24/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/30/10 | | Transfer from Acct #*******3629 | Transfer In From MMA Account | 9999-000 | 20,677.93 | | 20,677.93 |
| 01/07/11 | 001000 | Barbara H. Katz, Trustee<br>57 Trumbull Street<br>New Haven, CT 06510-1004 | Chapter 7 Compensation/Fees | 2100-000 | | 2,817.79 | 17,860.14 |
| 01/07/11 | 001001 | Barbara H. Katz, Trustee<br>57 Trumbull Street<br>New Haven, CT 06510-1004 | Chapter 7 Expenses | 2200-000 | | 228.76 | 17,631.38 |
| 01/07/11 | 001002 | United States Trustee<br>150 Court Street<br>New Haven, CT 06510 | Claim 000009, Payment 100.00000%<br>(9-1) Statutory Unpaid Chapter 11 Fees | 2950-000 | | 3,100.00 | 14,531.38 |
| 01/07/11 | 001003 | Diserio Martin O'Connor & Castiglioni LLP<br><B>(ADMINISTRATIVE)</B><br>1 Atlantic Street<br>Stamford, CT 06901 | Claim 000012, Payment 81.68207%<br>(12-1) Legal services and expenses in Chapter 11 case | 6210-160 | | 14,531.38 | 0.00 |

Page Subtotals     20,677.93     20,677.93

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 07-50658 -AHW | Trustee Name: | Barbara H. Katz, Trustee |
|---|---|---|---|
| Case Name: | SWJ HOLDINGS, LLC | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******4602  Checking - Non Interest |
| Taxpayer ID No: | *******0475 | | |
| For Period Ending: | 03/24/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,677.93 | 20,677.93 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 20,677.93 | 0.00 | |
| | | | Subtotal | | 0.00 | 20,677.93 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 20,677.93 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********3629 | 20,677.93 | 0.00 | 0.00 |
| Checking - Non Interest - ********4602 | 0.00 | 20,677.93 | 0.00 |
| | 20,677.93 | 20,677.93 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)